**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SUNRISE MEDICAL HHG, INC., Civil No. 01-1286 (JRT/SRN)

Plaintiff,

v. **ORDER OF RECUSAL**

MIDWEST MEDICAL SERVICES, INC.
and STEVE PETERSON,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: 7/24/2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

JUL 2 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Sunrise Medical HHG, Inc.

vs. 01-1286MJD/SRN

Midwest Medical Services, Inc.

The above matter has been re-assigned to Judge Michael J. Davis per an Order of Recusal by Judge John R. Tunheim. Please note the change in judge's initials above and refer to these initials when submitting documents for filing to the court. Please also note that the magistrate remains the same.