UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunrise Medical HHG, Inc., a California corporation,

Plaintiff,

vs.

Midwest Medical Services, Inc., a Minnesota corporation; and Steve Peterson,

Defendants.

MJD
Court File No. 01-CV-1286 ~~JR~~T/SRN

**ORDER**

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Sept 10, 2001.

BY THE COURT:

[redacted]
United States District Judge

Doc# 1430595\1

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____