# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sunrise Medical HHG, Inc. a California corporation

Plaintiff,

v.

Midwest Medical Services, Inc., a Minnesota corporation; and Steve Peterson

Defendants

Case No. Civil 01-1286 MJD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above-captioned matter is hereby dismissed without prejudice.

DATE: September 10, 2001

RICHARD D. SLETTEN, CLERK

____________________________

E. Knoblauch, Deputy Clerk