# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sunrise Medical HHG, Inc., a
California corporation,

Plaintiff,

Case No. Civil 01-1286 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Midwest Medical Services, Inc., a
Minnesota corporation; and Steven
Peterson,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiffs and against Defendants Midwest Medical Services, Inc. and Steven Peterson in the amount of $157,252.83, plus interest at the legal rate from December 1, 2001. Counsel for Plaintiff shall submit to the Court an affidavit, detailing the amount of reasonable attorney's fees and costs incurred, within seven days from the date of this Order.**

DATE: March 15, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

(11)