ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sunrise Medical HHG, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Midwest Medical Services, Inc., a Minnesota corporation; and Steve Peterson,<br><br>Defendants. | Court File No. 01-CV-1286 JRT/SRN<br><br>**ORDER** |

Based on the Affidavit of Eric A. Bartsch dated March 20, 2002 and the Court's Order dated March 14, 2002,

IT IS HEREBY ORDERED that the sum of $11,863.22 be added to the Judgment in favor of plaintiff and against defendants Midwest Medical Services, Inc. and Steven Peterson as and for attorneys' fees and costs suit.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3-21, 2002.

BY THE COURT:

Michael J. Davis
United States District Court Judge

FILED MAR 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK